1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:04-CV-2070-GEB-DAD
                                )
12          Plaintiff,          )    NOTICE OF SETTLEMENT AND
                                )    PROPOSED ORDER RE: FILING OF
13     v.                       )    DISPOSITIONAL DOCUMENTS
                                )
14 APPROXIMATELY $57,128.87 IN  )
   U.S. CURRENCY SEIZED FROM    )
15 WELLS FARGO BANK ACCT. NO.   )
   100-3307319,                 )
16                              )
           Defendant.           )
17 _____)
                                )
18 BUNNA IM,                    )
   SOREN IM,                    )
19                              )
           Claimants.           )
20 _____)

21     Plaintiff, United States of America and potential claimants
22 Bunna Im and Soren Im, by and through their respective counsel,
23 have reached a tentative settlement of this matter.  The parties
24 must still reduce their settlement to writing by Stipulation for
25 Final Judgment of Forfeiture.  Accordingly, the parties ask that
26 the Court enter the following orders:
27     1.  Pursuant to Local Rule 16-160, and for good cause shown,
28 the parties shall submit dispositional documents within 21 days

                                1

```
 1  of the date of this order.
 2       2.  All current scheduling dates and pleading deadlines,
 3  including the dates for filing a claim and answer, are hereby
 4  vacated.
 5  DATED: 11/7/05                McGREGOR W. SCOTT
                                  United States Attorney
 6
 7
                                   /s/ Courtney J. Linn
 8                                COURTNEY J. LINN
                                  Assistant U.S. Attorney
 9
10
11
12       IT IS SO ORDERED.
13  DATED:  November 7, 2005
14                                /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
15                                United States District Judge
```